**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

John Anthony Duckett, Appellant.

Appellate Case No. 2017-002189

———————

Appeal From Greenville County
G. Thomas Cooper, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2019-UP-244
Submitted May 1, 2019 – Filed July 3, 2019

———————

**APPEAL DISMISSED**

———————

Appellate Defenders LaNelle Cantey DuRant and Adam Sinclair Ruffin, both of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch, Jr., both of Columbia, for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and SHORT and MCDONALD, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.